MICHAEL A. MULHOLLAND, Respondent, *v.* LUIS H. REID and Others, Respondents, Impleaded with T. T. REID CONSTRUCTION COMPANY, Intervenor, Appellant. (Action No. 3.)

First Department, December 31, 1914.

See head note in *Mulholland* v. *Reid, No. 1* (*ante,* p. 862).

APPEAL by the T. T. Reid Construction Company, intervenor, from an order of the Supreme Court, made at the Bronx Special Term and entered in the office of the clerk of the county of Bronx on or about the 9th day of November, 1914, denying a motion to cancel a *lis pendens.*

*Jay C. Guggenheimer,* for the appellant.

*George B. Hayes,* for the plaintiff, respondent.

PER CURIAM:

The order should be reversed, with ten dollars costs and disbursements, and the motion granted to the extent of permitting the T. T. Reid Construction Company to intervene as party defendant in this action on opinion in action No. 1 between the same parties. (*Mulholland* v. *Reid, No. 1,* 165 App. Div. 862.)

Present — INGRAHAM, P. J., McLAUGHLIN, SCOTT, DOWLING, and HOTCHKISS, JJ.

Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in opinion.